IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JORDAN FRANCIS TOYNE,<br><br>*Defendant*. | Case No. 24-CR-24-RAW |

FILED
JAN 2 2 2025
BONNIE HACKLER
Clerk, U.S. District Court
By_____ Deputy Clerk

### TRIAL STIPULATION No. 1

The United States of America and Defendant Jordan Francis Toyne, stipulate that 1106 Ono Ct., McAlester, Oklahoma is within the Eastern District of Oklahoma, within the boundaries of the Choctaw Nation Reservation, and is "in Indian Country" for purposes of jurisdiction.

Dated this 19 day of December, 2024.

_____
JORDAN FRANCIS TOYNE
Defendant

_____
NICOLE PALADINO
Assistant United States Attorney

_____
TOM WRIGHT
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

    Case No. 24-CR-24-RAW

JORDAN FRANCIS TOYNE,

    *Defendant.*

### TRIAL STIPULATION No. 2

The United States of America and Defendant Jordan Francis Toyne, stipulate that the Defendant does not have some degree of Indian blood, that the Defendant is not a member of a federally recognized Indian tribe, and that the Defendant is not an Indian for the purposes of jurisdiction.

Dated this 19 day of December, 2024.

_____
JORDAN FRANCIS TOYNE
Defendant

_____
NICOLE PALADINO
Assistant United States Attorney

_____
TOM WRIGHT
Attorney for the Defendant