UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JORDAN FRANCIS TOYNE,<br><br>Defendant. | Case No.   24-CR-24-RAW |

MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Tom Wright, retained counsel for Defendant Jordan Francis Toyne, respectfully requests the Court grant permission to withdraw as attorney of record. In support, the undersigned states:

1. The United States does not oppose the relief requested in this motion.
2. The undersigned met with Mr. Toyne and learned that he may have a conflict of interest prohibiting him from further representation of Mr. Toyne.
3. On September 30, 2025, Justin A. Lollman entered his appearance for Mr. Toyne. [Doc. 100].
4. Mr. Lollman confirmed that there is a conflict of interest.

WHEREFORE, because the undersigned has a conflict of interest prohibiting him from further representation of Mr. Toyne, the undersigned respectfully requests the Court grant permission to withdraw as attorney of record.

Respectfully Submitted,

THE WRIGHT LAW FIRM, PLLC

/s/ Thomas M. Wright
THOMAS M. WRIGHT, OBA 20378
THE WRIGHT LAW FIRM, PLLC
629 West Main Street, Suite 230
Oklahoma City, OK 73102
405.819.0888 (tele)
405.459.0902 (fax)
tom@tomwrightlaw.com
*Attorney for Jordan Francis Toyne*

CERTIFICATE OF SERVICE

I Thomas M. Wright, hereby certify that on this 22nd day of October, 2025, I submitted this document to the Clerk of Court for filing and service on all involved parties via the EM/ECF system.

/s/ Thomas M. Wright